ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 NOV 16 PM 3: 47

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LYNETTE TANKERSLEY EDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DYNAMIC RECOVERY )<br>SERVICES, INC., a Texas corporation, )<br>)<br>Defendant. )<br>) | Civil Action No. CV605-126 |

## ANSWER OF DEFENDANT DYNAMIC RECOVERY SERVICES, INC.

COME NOW, Dynamic Recovery Services, Inc., ("Defendant"), Defendant in the above-styled action, by and through its undersigned counsel, by special appearance without submitting to the jurisdiction of this Court, and submits its Answer to Plaintiff's Complaint by showing this Court as follows:

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Any alleged act or omission of Defendant was not the result of willful or fraudulent conduct and was the result of a *bona fide* error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

## THIRD DEFENSE

This court lacks personal jurisdiction over Defendant. In addition, this Court is not the proper venue for this action.

## FOURTH DEFENSE

Plaintiff has not perfected service of process on Defendant and accordingly this Court lacks personal jurisdiction over Defendant.

## FIFTH DEFENSE

Plaintiff has not suffered any damages.

## SIXTH DEFENSE

Any alleged act or omission causing any damage alleged by Plaintiff was not the result of willful conduct.

## SEVENTH DEFENSE

Subject to and without waiving any above-referenced defenses, Defendant responds to the specifically enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant ADMITS the allegations set forth in Paragraph 1 of Plaintiff's Complaint.

2.

Defendant ADMITS the allegations set forth in Paragraph 2 of Plaintiff's Complaint.

3.

Defendant ADMITS the allegations set forth in Paragraph 3 of Plaintiff's Complaint to the extent that it is not and has never been registered with the Secretary of State of the State of Georgia.

Defendant DENIES the remaining allegations set forth in Paragraph 3 of the Plaintiff's Complaint.

4.

Defendant DENIES the allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5.

Defendant DENIES the allegations set forth in Paragraph 5 of Plaintiff's Complaint.

6.

Defendant ADMITS the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7.

Defendant lacks knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 7 of Plaintiff's Complaint and therefore such allegations are DENIED.

8.

Defendant DENIES the allegations set forth in Paragraph 8 of Plaintiff's Complaint.

9.

Defendant DENIES the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10.

Defendant DENIES the allegations set forth in Paragraph 10 of Plaintiff's Complaint.

11.

The allegations set forth in Paragraph 11 of Plaintiff's Complaint improperly call for a legal conclusion, and therefore, no response is required. To the extent that a response is required, Defendant DENIES the allegations set forth in Paragraph 11 of Plaintiff's Complaint.

12.

The allegations set forth in Paragraph 12 of Plaintiff's Complaint improperly call for a legal conclusion, and therefore, no response is required. To the extent that a response is required, Defendant DENIES the allegations set forth in Paragraph 12 of Plaintiff's Complaint.

13.

Defendant DENIES the allegations set forth in Paragraph 13 of Plaintiff's Complaint.

14.

The allegations set forth in Paragraph 14 of Plaintiff's Complaint improperly call for a legal conclusion, and therefore, no response is required. To the extent that a response is required, Defendant DENIES the allegations set forth in Paragraph 14 of Plaintiff's Complaint.

15.

Defendant DENIES the allegations set forth in Paragraph 15 of Plaintiff's Complaint.

16.

Defendant DENIES the allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17.

Defendant DENIES the allegations set forth in Paragraph 17 of Plaintiff's Complaint.

18.

Defendant DENIES the allegations set forth in Paragraph 18 of Plaintiff's Complaint.

19.

Defendant DENIES the allegations set forth in Paragraph 19 of Plaintiff's Complaint.

20.

Defendant DENIES the allegations set forth in Paragraph 20 of Plaintiff's Complaint.

21.

Defendant DENIES the allegations set forth in Paragraph 21 of Plaintiff's Complaint.

WHEREFORE, Defendant respectfully requests that this honorable Court dismiss Plaintiff's Complaint in its entirety with prejudice, cast all fees and expenses as a result of this action against Plaintiff, and award all other relief to Defendants as this Court deems just and proper.

This 16 day of November, 2005.   Respectfully submitted,

_____
Stephen F. Greenberg
Georgia Bar No. 307750

Weiner, Shearouse, Weitz, Greenberg & Shawe, LLP
14 East State Street
PO Box 10105
Savannah, GA 31412-0305
(912) 233-2251 – Phone, (912) 235-5464 – Fax


John H. Bedard, Jr.
Georgia Bar No. 043473
(application for admission pro hac vice to be submitted)

Franzen and Salzano, P.C.
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092-2906
(770) 248-2885 – Phone, (770) 248-2883 – Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LYNETTE TANKERSLEY EDEN,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DYNAMIC RECOVERY SERVICES  )<br>INC., a Texas corporation,  )<br>)<br>Defendant.  )<br>_____)  | Civil Action No. CV605-126 |

### CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of Defendant Dynamic Recovery Services, Inc.'s Answer to Plaintiff's Complaint by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Charles Brannon, Jr.
103 Valley Road, #31
Statesboro, GA 30458-4759

Respectfully submitted this  16  day of  November , 2005.

_____
Stephen F. Greenberg
Georgia Bar No. 307750

Weiner, Shearouse, Weitz, Greenberg & Shawe, LLP
14 East State Street
PO Box 10105
Savannah, GA 31412-0305
(912) 233-2251 – Phone, (912) 235-5464 – Fax