ORIGIN

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JAN -4  AM 11: 21

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA,
STATESBORO DIVISION

LYNETTE TANKERSLEY EDEN,

    Plaintiff,

vs.

DYNAMIC RECOVERY SERVICES,
INC., a Texas corpora-
tion,

    Defendant.

CIVIL ACTION FILE

NO. CV605-126

ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

The plaintiff accepts the defendant's offer of judgment under Federal Rule of Civil Procedure 68.

This the third day of January, 2006.

                              Charles W. Brannon, Jr.
                              Attorney for plaintiff
                                  Lynette Tankersley Eden

103 Valley Road, #31
Statesboro, Georgia   30458-4759
912-489-6830

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA,
STATESBORO DIVISION

LYNETTE TANKERSLEY EDEN,

    Plaintiff,

vs.

DYNAMIC RECOVERY SERVICES,
INC., a Texas corporation,

    Defendant.

CIVIL ACTION FILE

NO. CV605-126

## Certificate of Service

I certify that I today served the defendant Dynamic Recovery Services, Inc. with copies of the attached pleading by posting them with the United States Postal Service with adequate first class postage thereon and addressed as follows:

    Mr. Stephen F. Greenberg
    Weiner, Shearouse, Weitz, Greenberg & Shawe, L.L.P.
    P.O. Box 10105
    Savannah, Georgia   31412-0305

    Mr. John H. Bedard
    Franzen & Salzano, P.C.
    Suite 202
    40 Technology Parkway South
    Norcross, Georgia   30092-2906

This the third day of January, 2006.

                                          Charles W. Brannon
                                          Attorney for plaintiff
                                              Lynette Tankersley Eden