ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 FEB -6  PM 2: 55

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA,
STATESBORO DIVISION

LYNETTE TANKERSLEY EDEN,

    Plaintiff,

vs.

DYNAMIC RECOVERY SERVICES, INC., a Texas corporation,

    Defendant.

CIVIL ACTION FILE

NO. CV605-126

## STIPULATION OF DISMISSAL

The parties stipulate the dismissal of this civil action with prejudice.

_____
Charles W. Brannon, Jr.
Attorney for plaintiff
State Bar of Georgia Number 077450

103 Valley Road, #31
Statesboro, Georgia   30458-4759
912-489-6830

Franzen & Salzano, P.C.

By_____
John H. Bedard, Jr.
Attorney for defendant
State Bar of Georgia Number 04373

40 Technology Parkway, South, Suite 202
Norcross, Georgia   30092-2906
770-248-2885